1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  Oscar Gonzalez de Llano
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (510) 970-4818
6       Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  BRUCE EVERETT ASMAN,                        No.  1:20-cv-01309-NONE-BAM

12                    Plaintiff,

13  v.                                          STIPULATION FOR AN EXTENSION OF
                                                TIME; ORDER
14  KILOLO KIJAKAZI,
    Acting Commissioner of Social Security,[1]
15
                    Defendant.
16

17

18       IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended

20  thirty (30) days from September 25, 2021 to October 25, 2021.  This is the parties' first

21  stipulation for an extension of the Court's Scheduling Order.  Plaintiff has stipulated to the

22  request and Defendant understands that this thirty-day extension does not require court approval

23  and files this stipulation pursuant to the requirements of the Court's Scheduling Order.

24

25  [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant
26  to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted,
    therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to
27  continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
    U.S.C. § 405(g).
28

Stipulation for Extension of Time; No.  1:20-cv-01309-NONE-BAM

1    Good cause exists for this request.  Defendant respectfully requested this additional time

2 because Counsel responsible for briefing the matter has been unable to devote the time required to

3 complete Defendant's response to Plaintiff's Opening Brief because of competing workload

4 requirements including 15 merit briefs being due in the next 30 days.  Counsel apologizes to the

5 Court for any inconvenience caused by this delay.

6    The parties further stipulate that the Court's Scheduling Order shall be modified

7 accordingly.

8                                              Respectfully submitted,

9 DATE: September 16, 2021          By    */s/ Francesco Benavides*
                                              FRANCESCO P. BENAVIDES
10                                            Law Offices of Francesco Benavides
                                              Attorney for Plaintiff
11                                            (*as authorized by email)

12

13                                            Respectfully submitted,

14
                                              PHILLIP A. TALBERT
15                                            Acting United States Attorney

16

17 DATE: September 16, 2021          By    *s/ Oscar Gonzalez de Llano*
                                              OSCAR GONZALEZ DE LLANO
18                                            Special Assistant United States Attorney

19                                            Attorneys for Defendant

20

21

22

23

24

25

26

27

28

Stipulation for Extension of Time; No.  1:20-cv-01309-NONE-BAM

1

**ORDER**

2          Pursuant to the Scheduling Order, the Court allows a single thirty-day extension of time

3   by stipulation of the parties without Court approval.  (Doc. 5.)  The Court acknowledges the

4   parties' stipulation that "the time for Defendant to respond to Plaintiff's Opening Brief be

5   extended thirty (30) days from September 25, 2021 to October 25, 2021."  All other deadlines in

6   the Court's Scheduling Order are extended accordingly.

7   IT IS SO ORDERED.

8

9          Dated:    **September 20, 2021**          /s/ *Barbara A. McAuliffe*

            UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Extension of Time; No.  1:20-cv-01309-NONE-BAM