PHILLIP TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
Roberta G. Bowie
Special Assistant United States Attorney
      Office of the General Counsel – Suite 350
      1301 Young St., Mailroom 104
      Dallas, Tx  75202
      Telephone: (214) 767-4183
      E-Mail: roberta.bowie@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRUCE EVERETT ASMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:20-CV-01309-NONE-BAM<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

     IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

     Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to

Stip. to Remand; 1:20-cv-01309-NONE-BAM

enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 19th day of October 2021.

Dated:  October 19, 2021                      */s/  Francesco Paulo Benavides*<br>
                                                      Francesco Paulo Benavides<br>
                                                      Attorney for Plaintiff<br>
                                                      *Authorized via e-mail on Oct. 19, 2021

Dated:  October 19, 2021                      PHILLIP TALBERT<br>
                                                      United States Attorney<br>
                                                      DEBORAH LEE STACHEL<br>
                                                      Regional Chief Counsel, Region IX<br>
                                                      Social Security Administration

                                  By:       /s/ *Roberta G. Bowie*<br>
                                                      Roberta G. Bowie<br>
                                                      Special Assistant United States Attorney

                                                      Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated:   **October 19, 2021**                      _Dale A. Drozd_<br>
                                                         UNITED STATES DISTRICT JUDGE